IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLIN PENN,

      Plaintiff,                    No. 2:09-cv-2443 JFM

      vs.

WARDEN MCDONALD, et al.,

      Defendants                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 16, 2009, plaintiff filed a document entitled "Request for Immediate Injunctive Relief and Restraining Order."  The court construes this as a request for temporary restraining order.  The court intends to consider the request for injunctive relief in thirty days.  The court will consider any response defendants offer within thirty days from the date of this order.  Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall serve a copy of this order on Jennifer Neill, Supervising Deputy Attorney General; and

      2. The court will consider any response to plaintiff's December 16, 2009 request defendants may file within thirty days from the date of this order.

DATED:  December 18, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; penn2243.tro