IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLIN PENN,

    Plaintiff,                    No. 2:09-cv-2443 KJM JFM (PC)

    vs.

WARDEN McDONALD, et al.,

    Defendants.          <u>ORDER</u>

                             /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 14, 2011, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on September 20, 2009, December 22, 2009 and March 22, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's March 14, 2011 request is denied.

DATED: March 31, 2011.

                                        UNITED STATES MAGISTRATE JUDGE

/md014;penn2443.31.thr